**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>NH Insurance Dept. Commissioner</u>

    **v.**                              Case No. 05-cv-278-SM

<u>Employers Insurance of Wausau</u>

**<u>O R D E R</u>**

The motion to consolidate (Doc. No. 6) is denied. On or before November 28, 2005, the plaintiff shall file a motion for entry of judgment in Case No. 05-cv-239-PB. The motion shall note that the defendant has agreed to the entry of judgment in the above-referenced action in exchange for the plaintiff's agreement not to seek to execute the judgment until the matters raised in Case No. 05-CV-278-SM are finally resolved. The motion shall also note that defendant's counterclaim in Case No. 05-cv-239-PB shall be dismissed without prejudice.

SO ORDERED.

                                            <u>/s/Paul Barbadoro</u>
                                            Paul Barbadoro
                                            United States District Judge

November 16, 2005

cc:   Doreen F. Connor, Esq.
       Andrew R. Levin, Esq.
       Natasha Lisman, Esq.
       Peter C.I. Roth, Esq.